RECEIVED
IN LAKE CHARLES, LA

AUG 15 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ISAAC GOINS, JR. | : | DOCKET NO. 2:07-cv-409 |
| VS. | : | JUDGE MINALDI |
| LOUISIANA BOARD OF PAROLE | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion to Expedite Parole Hearing be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___14___ day of ___Aug___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE